JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-298 JVS (ANx) | Date | March 5, 2013 |
| Title | Fieldstone Properties and Resale LLC v. Escamilla | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  Order Remanding Action

Defendant Christopher Escamilla ("Escamilla") removed this case from the Superior Court of the State of California for the County of Orange on the basis of diversity of jurisdiction, 28 U.S.C. § 1332.  (Notice of Removal, p. 2.) Escamilla alleges that he is a citizen of California.  (Id.)

Apart from other apparent defects in his jurisdictional allegations,[1] the removal statute bars a resident of the forum state from removing a case to federal court:

> A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

28 U.S.C. § 1441(b)(2).

The case is remanded to the Superior Court for the State of California for the County of Orange.

:   00

Initials of Preparer   kjt

---

[1] E.g., the amount in controversy ($10,000 or less), absence of complete diversity (plaintiff alleged in complaint to be a California limited liability company).